## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC., a non-profit Arizona corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE, an Internet website administrator; JANE DOES 1-X, Internet website bloggers and Members of Best Western International, Inc.; JOHN DOES 1-X, Internet website bloggers and Governors of Best Western International, Inc.,<br><br>　　　　　　Defendants. | U.S. District Court for the<br>District of Delaware<br>Misc. Case No. _____<br><br>U.S. District Court for the<br>District of Arizona<br>Case No. 2:06-cv-01537-DGC<br><br>**U. S. DISTRICT COURT - DE**<br>**MISC. CASE #** 06-219 |

### DEFENDANT JANE DOE 1'S MOTION TO QUASH SUBPOENA DUCES TECUM DIRECTED TO NON-PARTY WITNESS L.N.H., INC. AND FOR A PROTECTIVE ORDER

**NOW COMES** Defendant Jane Doe 1, by and through its undersigned counsel, and hereby moves this Honorable Court for an order quashing a subpoena issued under the auspices of this Court and directed to a third-party witness, L.N.H., Inc. and for a protective order against further attempts to obtain the requested discovery. A form of order is attached hereto as Exhibit A. This motion is supported by the contemporaneously filed Brief in Support.

OF COUNSEL:

Daniel McAuliffe
Todd Feltus
Gregory B. Collins
SNELL & WILMER
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

POTTER ANDERSON & CORROON LLP

By _/s/ William R. Denny_
William R. Denny (ID No. 2580)
James M. Kron (I.D. No. 3898)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Fax: (302) 658-1192
wdenny@potteranderson.com
jkron@potteranderson.com

Richard T. Mullineaux
R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP                *Attorneys for Defendant Jane Doe 1*
One Commerce Square
4106 Charlestown Road
New Albany, IN 47150
Phone: (812) 949-2300
Facsimile: (812) 949-8556

Dated: December 11, 2006
766565

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC., a non-profit Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, an Internet website administrator; JANE DOES 1-X, Internet website bloggers and Members of Best Western International, Inc.; JOHN DOES 1-X, Internet website bloggers and Governors of Best Western International, Inc.,<br><br>Defendants. | U.S. District Court for the<br>District of Delaware<br>Misc. Case No. _____<br><br>U.S. District Court for the<br>District of Arizona<br>Case No. 2:06-cv-01537-DGC |

### ORDER

The Court, having considered Defendant Jane Doe 1's Motion to Quash Subpoena Duces Tecum Directed To Non-Party Witness L.N.H., Inc. And For A Protective Order,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006 that the motion is **GRANTED**, and that:

1) The Subpoena of L.N.H., Inc. attached as Exhibit 2 to the Declaration of William R. Denny is hereby **QUASHED**; and

2) Plaintiff shall make no further attempts to obtain the discovery sought in the subpoena attached as Exhibit 1 to the Declaration of William R. Denny.

_____
United States District Judge

pac:766581

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that, on this 11th day of December 2006, a copy of Defendant Jane Doe 1's Motion to Quash Subpoena *Duces Tecum* Directed to Non-Party Witness L.N.H., Inc. and for a Protective Order was served by first class mail, postage prepaid, upon the following persons:

Cynthia A. Ricketts, Esquire
Sara K. Regan, Esquire
Squire, Sanders & Dempsey L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004-4498

L.N.H., Inc.
260 Chapman Road, Suite 205
Newark, DE  19702

*William R. Denny*
William R. Denny (ID No. 2580)