## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC., a non-profit Arizona corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE, an Internet website administrator; JANE DOES 1-X, Internet website bloggers and Members of Best Western International, Inc.; JOHN DOES 1-X, Internet website bloggers and Governors of Best Western International, Inc.,<br><br>　　　　　　　　Defendants. | U.S. District Court for the<br>District of Delaware<br>Misc. Case No. _____<br><br>U.S. District Court for the<br>District of Arizona<br>Case No. 2:06-cv-01537-DGC<br><br><br>U. S. DISTRICT COURT - DE<br>MISC. CASE # 06-219 |

### LOCAL RULE 7.1.1 CERTIFICATION

Counsel for Defendant Jane Doe 1 hereby certifies that reasonable efforts were made to reach agreement with Plaintiff Best Western International, Inc. regarding the matters set forth in Defendant Jane Doe 1's Motion To Quash Subpoena Duces Tecum Directed To Non-Party Witness L.N.H., Inc. And For A Protective Order, filed contemporaneously herewith, and that the parties were unable to reach an agreement with respect to those matters.

[INTENTIONALLY BLANK]

| | |
|---|---|
| OF COUNSEL:<br><br>Daniel McAuliffe<br>Todd Feltus<br>Gregory B. Collins<br>SNELL & WILMER<br>One Arizona Center<br>Phoenix, AZ 85004-2202<br>Telephone: (602) 382-6000<br>Facsimile: (602) 382-6070<br><br>Richard T. Mullineaux<br>R. Jeffrey Lowe<br>KIGHTLINGER & GRAY, LLP<br>One Commerce Square<br>4106 Charlestown Road<br>New Albany, IN 47150<br>Phone: (812) 949-2300<br>Facsimile: (812) 949-8556<br><br>Date: December 11, 2006<br>766563 | POTTER ANDERSON & CORROON LLP<br><br>By /s/ William R. Denny<br>William R. Denny (ID No. 2580)<br>James M. Kron (ID No. 3898)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Fax: (302) 658-1192<br>wdenny@potteranderson.com<br>jkron@potteranderson.com<br><br>*Attorneys for Jane Doe 1* |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that, on this 11th day of December 2006, a copy of Defendant Jane Doe 1's Local Rule 7.1.1 Certification was served by first class mail, postage prepaid, upon the following persons:

Cynthia A. Ricketts, Esquire
Sara K. Regan, Esquire
Squire, Sanders & Dempsey L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004-4498

L.N.H., Inc.
260 Chapman Road, Suite 205
Newark, DE  19702

James M. Kron  (ID No. 3898)

766563