# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEST WESTERN INTERNATIONAL INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) C.A. No. 06-mc-219-UNA <br> JOHN DOE, et al. ) <br> ) <br> Defendants ) <br> ) | |

## ORDER

WHEREAS, on December 11, 2006, Defendant Jane Doe 1 ("the movant") filed a motion to quash a subpoena issued to L.N.H., Inc. ("LNH") on November 3, 2006, in a pending matter in the United States District Court for the District of Arizona, No. CV-06-1537-PHX-DGC;

WHEREAS, the movant provides no argument or authority to show that it has standing to request the relief sought; and

WHEREAS, the relief sought is directly contrary to the October 24, 2006 Order from the Arizona District Court, who maintains jurisdiction of this action and has already ruled on the substance of the movant's motion.

IT IS HEREBY ORDERED that:

The movant's motion to quash is DENIED.

Dated: December 13, 2006

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE